1 | David H. Krieger, Esq.
2 | Nevada Bar No. 9086
  | HAINES & KRIEGER, LLC
3 | 8985 S. Eastern Avenue, Suite 350
  | Henderson, Nevada 89123
4 | Phone: (702) 880-5554
5 | FAX: (702) 385-5518
  | Email: dkrieger@hainesandkrieger.com
6 | *Attorney for Plaintiff, Kevin V. Forgione*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| Kevin V. Forgione, | Case No. 2:15-cv-02134-RFB-NJK |
| Plaintiff, | |
| v. | **JOINT MOTION DISMISSING ACTION WITH PREJUDICE AS TO EXPERIAN INFORMATION SOLUTIONS, INC. ONLY** |
| RBS COMPUTER, INC. D/B/A/ ROYAL MANAGEMENT CORPORATION, GENTRY FINANCE CORP OF NEVADA D/B/A SAHARA FINANCE; GENTRY FINANCIAL INC. D/B/A STAR LOANS; GENTRY FINANCIAL INC. D/B/A GOLDEN LOAN, CREDIT FIRST, NATIONAL ASSOCIATION, SUN LOAN COMPANY NEVADA, INC. D/B/A SUN LOAN COMPANY 74, EXPERIAN INFORMATION SOLUTIONS, INC., | |
| Defendants. | |

Plaintiff Kevin V. Forgione hereby moves that the above-entitled action

…

shall be dismissed **with prejudice** in accordance with Fed. R. Civ. P. 41 (a)(2) as to, and **ONLY as to, EXPERIAN INFORMATION SOLUTIONS, INC.**. Each party shall bear its own attorney's fees, disbursements, and costs of suit.

Dated:            July 10, 2016

By:

/s/David H. Krieger, Esq.
David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue
Suite 350
Henderson, Nevada 89123
*Attorney for Plaintiff*

By:

/s/Bob L. Olson, Esq.
Snell & Wilmer, LLP
*Attorney for Defendant Experian*

## ORDER

IT IS SO ORDERED

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED: __July 19, 2016._____