David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com
*Attorney for Plaintiff, Kevin V. Forgione*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| Kevin V. Forgione,<br><br>    Plaintiff,<br><br>v.<br><br>RBS COMPUTER, INC. D/B/A/ ROYAL MANAGEMENT CORPORATION, GENTRY FINANCE CORP OF NEVADA D/B/A SAHARA FINANCE; GENTRY FINANCIAL INC. D/B/A STAR LOANS; GENTRY FINANCIAL INC. D/B/A GOLDEN LOAN, CREDIT FIRST, NATIONAL ASSOCIATION, SUN LOAN COMPANY NEVADA, INC. D/B/A SUN LOAN COMPANY 74, EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>    Defendants. | **Case No. 2:15-cv-02134-RFB-NJK**<br><br>**STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE AS TO SUN LOAN COMPANY NEVADA, INC. D/B/A SUN LOAN COMPANY 74** |

   Plaintiff Kevin V. Forgione and SUN LOAN COMPANY NEVADA, INC. D/B/A SUN LOAN COMPANY 74 ("Sun Loan") hereby stipulate and agree that the above-entitled action shall be dismissed with prejudice in accordance

with Fed. R. Civ. P. 41 (a)(2) as to, and **ONLY as to, SUN LOAN.** Each party shall bear its own attorney's fees, prejudgment interest, and costs of suit.

Dated:     August 23, 2016

| By: | By: |
|---|---|
| /s/David H. Krieger, Esq. | /s/ James E. Shively, Esq. |
| David H. Krieger, Esq. | James E. Shively, Esq. |
| Nevada Bar No. 9086 | Poli & Ball, PLC |
| HAINES & KRIEGER, LLC | 400 South Fourth Street |
| 8985 S. Eastern Avenue | Suite 500 |
| Suite 350 | Las Vegas, NV 89101 |
| Henderson, Nevada 89123 | |
| *Attorney for Plaintiff* | *Attorney for Defendant Sun Loan Company 74* |

## **ORDER**

IT IS SO ORDERED

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED: __august 27, 2016._____